NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAWRENCE J. DELISIO,**

*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2018-1183

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-1209, Judge Michael P. Allen.

---

**CORRECTED O R D E R**

---

Before PROST, *Chief Judge,* REYNA and STOLL, *Circuit Judges.*

PER CURIAM.

IT IS ORDERED THAT:

This case is hereby dismissed for lack of jurisdiction.

FOR THE COURT

April 11, 2019                    /s/ Peter R. Marksteiner
Date                                Peter R. Marksteiner
                                    Clerk of Court